1

2

3                          UNITED STATES DISTRICT COURT
                       for the WESTERN DISTRICT of WASHINGTON
4

5      CHERYL PETERSON,                    )
                                           )
6                          Plaintiff,      )
                                           )
7                 vs.                      )              C07-173 JCC
                                           )
8      MICHAEL J. ASTRUE,                  )
                                           )
9                                          )              MINUTE ORDER
                                           )
10                         Defendant.      )      REASSIGNING and REFERRING CASE

11     ────────────────────────────────────

12         This action has been reassigned to the Honorable John C. Coughenour, United

13     States District Judge.    All future documents filed in this case must bear the cause

14     number C07-173 JCC and bear the Judge's name in the upper right hand corner of the

15     document.

16

17

18         It appearing from the files and records herein that this is an appropriate

19     proceeding to refer to a full-time United States Magistrate Judge for the purposes

20     hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by

21     Mathews, Secretary of HEW vs Weber, 432 US 261 (1976), now therefore,

22

23         Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT

24     IS ORDERED that the above entitled action is hereby referred to the Honorable James

25     P. Donohue, United States Magistrate Judge, who is directed and empowered to

26

27

28

1    review the administrative record, and to submit proposed findings and conclusions, and

2    recommended disposition.  The procedure for review of those recommendations shall

3    be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                          Dated this 1st day of May, 2007

26                                          Bruce Rifkin, Clerk of Court

27                                           /S/ PETER H. VOELKER
                                            Peter H. Voelker, Deputy Clerk
28