UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHERYL D. PETERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C07-0173-JCC <br><br> ORDER DISMISSING CASE |

The Court, after careful consideration of the plaintiff's complaint (Dkt. No. 3), the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. No. 18) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

(3)     The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 15th day of November, 2007.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Court

ORDER DISMISSING CASE
PAGE -1